**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: | Chapter 13 |
| Diane Clark-Dantzler | No.  13-00338 |
| Debtor | Hon.  Bruce W. Black |

**NOTICE OF FILING OF RESPONSE TO NOTICE OF FINAL CURE**

**To: See attached Service List**

PLEASE TAKE NOTICE that on September 8, 2015, I filed the attached Response to Notice of Final Cure, a copy of which is hereby served upon you.

　　　　　　　　　　　　　　　　　_____/s/ Ross T. Brand_____

**Certificate of Service**

The undersigned certifies that she served a copy of the Notice of Filing and Response to Notice of Final Cure on the Debtor by depositing same in the United States mail at 65 E. Wacker Place, Chicago, Illinois 60601 at 5:00 p.m. with proper postage prepaid and via electronic notification on John P. Carlin and Glenn B. Stearns on September 8, 2015.

　　　　　　　　　　　　　　　　　_____/s/ Ross T. Brand_____

Ross T. Brand - Kluever & Platt, LLC
65 E. Wacker Place, Ste. 2300,
Chicago, IL 60601
312-236-0077


**This is an attempt to collect a debt.  Any information obtained will be used for that purpose.**

**SERVICE LIST**

Diane Clark-Dantzler
1106 Ann Street
Joliet, IL 60435

Glenn B. Stearns
801 Warrenville Road
Lisle, IL 60532

John P. Carlin
Chang & Carlin
1305 Remmington Road; Suite C
Schaumburg, IL 60173